**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 270 MAL 2024 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 776 EDA 2023 |
| | : entered on May 14, 2024, **affirming** |
| BRYAN G. DEWEESE, | : the Judgment of Sentence of the |
| | : Pike County Court of Common |
| Petitioner | : Pleas at No. CP-52-CR-0000015- |
| | : 2022 entered on January 6, 2023 |

**ORDER**

**PER CURIAM**                                                **DECIDED: June 27, 2025**

     **AND NOW**, this 27th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and the case is **REMANDED** to that court for reconsideration in light of *Commonwealth v. Shifflett*, 2025 WL 1554603 (Pa. filed May 30, 2025).